## WINGFIELD v. STATE. (No. 13304.)

Court of Criminal Appeals of Texas. Feb. 5, 1930.

Caven & Caven, of Marshall, for appellant.
A. A. Dawson, State's Atty., of Austin, for the State.

HAWKINS, J. Conviction is for unlawfully selling intoxicating liquor; punishment being one year in the penitentiary.

No bills of exception or statement of facts are brought forward in the record. In such condition nothing is presented for review, and the judgment is affirmed.